# Gabriel A. Levy, P.C.
415 Red Hook Lane, Suite 6E, Brooklyn NY 11201
516-287-3458 • Glevyfirm@gmail.com

---

December 7, 2020

Hon. Alison J. Nathan
United Stated District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

RE:   KORIN RUTLEDGE V. HARU, INC. et al.
   **DOCKET NO. 1:20-cv-07641-AJN**

Dear Judge Nathan:

  The undersigned represents Korin Rutledge, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the December 18, 2020 Initial Status Conference due to the defendants' default. This is the first request for an adjournment.

  The defendants were served through the Secretary of State on October 8, 2020. To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with me. Plaintiff requests thirty (30) days to make additional attempts to contact Defendants and to allow Defendants to appear, answer or otherwise move. This is the first request of its kind.

  Thank you for your time and consideration on this matter.

Respectfully,

*[signature]*

Gabriel A. Levy

> The initial pretrial conference is hereby adjourned to February 5, 2021 at 3 p.m. Plaintiff shall provide a status update within thirty days of this Order.
> SO ORDERED.
>
> *[signature: Alison J. Nathan]*
> 12/8/2020