UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Korin Rutledge,

                Plaintiff,

–v–

Haru Inc., et al.,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2021

20-cv-7641 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On February 21, 2021, Plaintiff filed a motion for default judgment. Dkt. No. 21. Pursuant to Rule 3(L) of this Court's Individual Rules and Local Civil Rule 55.2(c), Plaintiff was required to serve the motion for default judgment and supporting paperwork on Defendants and file an affidavit of service on the docket. As of the date of this Order, Plaintiff has not filed such an affidavit of service. Accordingly, the Court hereby ORDERS that Plaintiff file such an affidavit within two weeks of this Order.

      SO ORDERED.

Dated: March 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge