**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Korin Rutledge,

                Plaintiff,                      20 **CIVIL** 7641 (AJN)

       -against-                      **DEFAULT JUDGMENT**

Haru Inc., *et al.*,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion & Order dated September 27, 2021, the Court GRANTS IN PART and DENIES IN PART Plaintiff's motion for entry of default judgment. Defendants shall take all necessary steps to bring its property into compliance with the ADA within sixty days of the date of entry of this Order. Plaintiff is awarded $1,000 in compensatory damages and $500 in statutory damages. Plaintiff is further awarded $480 in costs and $3,092.25 in attorney's fees; accordingly, the case is closed.

**Dated:**  New York, New York
         September 28, 2021

                                                             **RUBY J. KRAJICK**
                                                              _____
                                                                          **Clerk of Court**
                                         **BY:** _____
                                                                        **Deputy Clerk**